UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE: : Chapter 13
DIANE V. LOFRUMENTO : Case No: 17-18398
:
*Debtor* :

## ORDER EXTENDING AUTOMATIC STAY PURSUANT TO SECTION 362(c)(3)

AND NOW, upon consideration of the Debtor, Diane V. Lofrumento's Motion to Extend the Automatic Stay, as well as consideration of any opposition thereto, which may have been filed, and in the absence of any objection, and for good cause existing for the approval thereof, it is hereby,

ORDERED that the automatic stay is extended to all creditors listed in Debtor's Chapter 13 Petition.

It is so ordered.

1/11/18

_____
Richard E. Fehling, Bankruptcy Judge