United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane V. Lofrumento  
     Debtor

Case No. 17-18398-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Jan 11, 2018  
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.  
db        +Diane V. Lofrumento,    405 Fullerton Avenue,    Whitehall, PA 18052-6813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2018 03:04:07      Synchrony Bank,  
        c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:  
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
           ecf_frpa@trustee13.com  
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
          MICHELLE DEWALD    on behalf of Debtor Diane V. Lofrumento mdewald@rcn.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:                                        :        Chapter 13
DIANE V. LOFRUMENTO              :        Case No: 17-18398
                                                   :
    *Debtor*                                 :

## ORDER EXTENDING AUTOMATIC STAY PURSUANT TO SECTION 362(c)(3)

AND NOW, upon consideration of the Debtor, Diane V. Lofrumento's Motion to Extend the Automatic Stay, as well as consideration of any opposition thereto, which may have been filed, and in the absence of any objection, and for good cause existing for the approval thereof, it is hereby,

ORDERED that the automatic stay is extended to all creditors listed in Debtor's Chapter 13 Petition.

It is so ordered.

1/11/18

_____
Richard E. Fehling, Bankruptcy Judge