United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18398-ref
Diane V. Lofrumento                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet              Page 1 of 1              Date Rcvd: Feb 06, 2018
                              Form ID: 152              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db              +Diane V. Lofrumento,    405 Fullerton Avenue,    Whitehall, PA 18052-6813
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14028036        +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14028037         Comenity/HSN,    P.O. Box 182120,    Columbus, OH 43218-2120
14028038        +Midfirst Bank,    suite 100,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14038111        +Midland Mortgage,    c/o Matteo S. Weiner, Esq,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14044799        +Santander Bank, N.A.,    601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
14028040        +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14028042        +Wells Fargo Bank,    P.O. Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: robertsl2@dnb.com Feb 07 2018 02:06:33     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2018 02:06:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2018 02:06:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14037649         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2018 02:17:16
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14029785         E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2018 02:06:07
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14028041        +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:17     SYNCB/Sams Club,
                 P.O. Box 965005,    Orlando, FL 32896-5005
14029097        +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:26     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14028039       ##+Patrick J. Wesner, Esquire,    Milstead & Associates, LLC,    ste 301,    220 Lake Drive East,
                 Cherry Hill, NJ 08002-1165
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MICHELLE  DEWALD    on behalf of Debtor Diane V. Lofrumento mdewald@rcn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Diane V. Lofrumento
    Debtor(s)

Case No: 17−18398−ref
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

25
Form 152