UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
DIANE LOFRUMENTO           :    Chapter 13
                           :    Case No: 17-18398
      *Debtor*     :

## CERTIFICATION OF NO OBJECTION

I, MICHELLE DEWALD, Esquire, attorney for Debtors, do hereby certify that I have received No Responsive Pleading, and have checked the docket and No Responsive Pleading has been filed to the Application by Debtors' Chapter 13 Counsel Pursuant to FRCVP Local Rule 6 (d) and(e) as well as Notice regarding the Application. I further certify that the same was mailed on March 4, 2019, to the Interim Trustee, Assistant U.S. Trustee and parties in interest and that no objection or responsive pleading has been filed and that the time for answer/response has passed.

Date: March 26, 2019                          _s/Michelle DeWald_____
                                                           MICHELLE DeWALD, Esquire
                                                           Attorney I.D. #64955
                                                           Attorney for Debtors