UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
DIANE LOFRUMENTO        :   Chapter 13
                        :   Case No: 17-18398
     *Debtor*       :

## ORDER APPROVING APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REAL ESTATE AGENT

AND NOW, upon the application of DIANE LOFRUMENTO, debtor, praying for authority to employ real estate agent and good cause having been shown, it is

ORDERED, that the debtor be, and she hereby is, authorized to employ Mark Molchany of Re/Max Unlimited Real Estate and pay pursuant to any and all fee applications submitted and approved by this Court.

**Date: March 27, 2019**

_____
                                                      J.