United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane V. Lofrumento  
    Debtor

Case No. 17-18398-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4　　　User: Lisa　　　Page 1 of 1　　　Date Rcvd: Mar 27, 2019  
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db            +Diane V. Lofrumento,    405 Fullerton Avenue,    Whitehall, PA 18052-6813
r             +Mark Molchany,    Re/Max Unlimited Real Estate,    405 Fullerton Avenue,
                Whitehall, PA 18052-6813
cr            +Whitehall Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:43      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 1
```

     ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Whitehall Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MICHELLE DEWALD    on behalf of Debtor Diane V. Lofrumento mdewald@rcn.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
DIANE LOFRUMENTO                :    Chapter 13
                                :    Case No: 17-18398
    *Debtor*                    :

### ORDER APPROVING APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REAL ESTATE AGENT

AND NOW, upon the application of DIANE LOFRUMENTO, debtor, praying for authority to employ real estate agent and good cause having been shown, it is

ORDERED, that the debtor be, and she hereby is, authorized to employ Mark Molchany of Re/Max Unlimited Real Estate and pay pursuant to any and all fee applications submitted and approved by this Court.

**Date: March 27, 2019**

_____
                                 J.