*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diane V. Lofrumento
    Debtor(s)

Case No: 17−18398−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 405 Fullerton Avenue, Whitehall, PA 18052 Filed by MIDFIRST BANK Represented by KEVIN G. MCDONALD.

\*\*Hearing rescheduled from 06/13/2019 at 9:30 AM to 6/20/2019 at 11:00 AM\*\*

on: 6/20/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/3/19

Timothy B. McGrath
Clerk of Court