UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DIANE LOFRUMENTO | : | Case No: 17-18398 |
| | : | |
| *Debtor* | : | |

## CERTIFICATION OF NO RESPONSE

I, Michelle DeWald, Esquire, do hereby certify that I have received no Responsive Pleading, and have checked the docket and no Responsive Pleading has been filed on the Motion to Sell Free and clear of all liens and encumbrances property of the estate known as 405 Fullerton Avenue, Whitehall, Pennsylvania. Said Motion was served upon the Trustee and all creditors on July 23, 2019.

Date: August 14, 2019

_s/Michelle DeWald_
Michelle DeWald, Esquire