| American Land Title Association | Estimated ALTA Settlement Statement - Cash |
| --- | --- |
| | Adopted 05-01-2015 |

**Weichert Closing Services Co.**
**ALTA Universal ID:**
**587 Skippack Pike Suite 100**
**Blue Bell, PA 19422**

| | |
| --- | --- |
| File No./Escrow No. : | WCS405067 |
| Print Date & Time: | August 21, 2019  10:04 am |
| Officer/Escrow Officer : | Gerald Noone |
| Settlement Location : | 4124 West Tilghman Street Allentown, PA 18104 |
| Property Address: | 405 Fullerton Avenue<br>Whitehall, PA 18052 |
| Buyer: | Joseph J. Busolits, Jr. and Mary Ann Busolits<br>128 West Allen Street<br>Allentown, PA 18102 |
| Seller: | Diane V. Lofrumento<br>405 Fullerton Avenue<br>Whitehall, PA 18052 |
| Settlement Date: | August 28, 2019 |
| Disbursement Date: | August 28, 2019 |

| Seller | | Description | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 172,000.00 | Sale Price of Property | 172,000.00 | |
| | | Deposit | | 2,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 170.30 | City/Town Taxes<br>08/29/19 - 01/01/20 | 170.30 | |
| | 221.39 | County Taxes<br>08/29/19 - 01/01/20 | 221.39 | |
| | 2,578.69 | School<br>08/29/19 - 07/01/20 | 2,578.69 | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Notary Fee | 60.00 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| 125.00 | | Document Prep Fee to Weichert Closing Services Co. | | |
| | | Overnight Fee to Weichert Closing Services Co. | 15.00 | |
| | | Tax Certification to Weichert Closing Services Co. | 93.00 | |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | Wire Fee to Weichert Closing Services Co. | 8.00 | |
| | | Owner's Title Insurance to Weichert Closing Services Co.<br>    Coverage: 172,000.00<br>    Premium: 1,578.94 | 1,578.94 | |
| 15.00 | | UPS - Portnoff Cert to Weichert Closing Services Co. | | |
| | | | | |
| | | **Commissions** | | |
| 5,160.00 | | Real Estate Commission - Listing Agent to RE/MAX Unlimited Real Estate<br>    RE/MAX Unlimited Real Estate | | |
| 5,160.00 | | Real Estate Commission - Selling Agent to Weichert Realtors - Allentown<br>    Weichert Realtors - Allentown | | |
| | | Weichert Flat Fee to Weichert Realtors - Allentown<br>    Weichert Realtors - Allentown | 199.00 | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Recorder of Deeds for Lehigh County | 214.50 | |
| 1,720.00 | | City/County tax/stamps to Recorder of Deeds for Lehigh County | | |
| | | State tax/stamps to Recorder of Deeds for Lehigh County | 1,720.00 | |
| | | | | |
| | | **Payoff(s)** | | |
| 151,997.43 | | Payoff of First Mortgage Loan to Midland Mortgage<br>    Loan Payoff          151,997.43<br>        Total Payoff    151,997.43 | | |
| | | | | |
| | | **Miscellaneous** | | |
| 3,012.79 | | 2019/20 SD taxes to Colleen Gober, Tax Collector | | |
| 25.00 | | Portnoff Cert to Settlement Express of PA | | |
| 533.72 | | Portnoff Cert for water/sewer/trash (estimate) to Portnoff Law Associates | | |

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 167,748.94 | 174,970.38 | **Subtotals** | 178,858.82 | 2,000.00 |
| | | **Due from Buyer** | | 176,858.82 |
| 7,221.44 | | **Due to Seller** | | |
| 174,970.38 | 174,970.38 | **Totals** | 178,858.82 | 178,858.82 |

Copyright 2015 American Land Title Association
All rights reserved

File # WCS405067 / 46
Printed on 08/21/19 at 10:04:22AM by EBradley