UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE: : Chapter 13
DIANE LOFRUMENTO : Case No: 17-18398
:
*Debtor* :

## ORDER

AND NOW, upon the motion of debtor to SELL REAL ESTATE KNOWN AS 405 Fullerton Avenue, Whitehall, Pennsylvania Free and Clear of all Liens and Encumbrances Pursuant to 11 U.S.C. Section 363,

IT IS HEREBY ORDERED that the motion is granted and further that Debtor Diane Lofrumento be and is hereby authorized to execute any and all documents necessary to complete the sale of, and to sell 405 Fullerton Avenue, Whitehall, Pennsylvania Tax ID #640719529732-1, free and clear of liens, claims and encumbrances, for the sum of One hundred seventy-two thousand dollars ($172,000.00), to Joseph J. Busolits, Jr. and Mary Ann Busolits, an unrelated third party, and/or assigns, or a substitute purchaser for the same or higher amount.

IT IS FURTHER ORDERED, that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

    a. Any out-of-pocket expenses advanced by or on behalf of Debtor and/or her realtor, Re/Max Unlimited Real Estate, or closing agent in connection with the sale of the Property, and which have not been reimbursed at the time of settlement; then to

    b. $181.00 to Michelle DeWald, Esquire in reimbursement of the filing fee

for filing this Motion to Sell Free and Clear of liens and encumbrances.

  c. Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the Property; then to

  d. Any transfer tax which is the responsibility of seller; then to

  e. Realtor's Commissions to Re/Max Unlimited ($5,160.00), realtor for seller, and Weichert Realty ($5,160.00), realtor for purchaser, in accordance with applicable agreement and law; then to

  f. Any real estate taxes or municipal liens; then to

  g. Midfirst Bank, in accordance for the recorded first mortgage lien (estimated to be $157,000.00); then if any funds remain to

  h. Diane Lofrumento, Debtor, an estimated amount of $1,637.68.

BY THE COURT:

**Date: August 22, 2019**

_____
ASHELY M. CHAN
United States Bankruptcy Judge