United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 17-18398-amc
Diane V. Lofrumento                                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Virginia          Page 1 of 1          Date Rcvd: Aug 22, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db             +Diane V. Lofrumento,     405 Fullerton Avenue,    Whitehall, PA 18052-6813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Whitehall Township jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          MICHELLE  DEWALD    on behalf of Debtor Diane V. Lofrumento mdewald@rcn.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:                                   :        Chapter 13
DIANE LOFRUMENTO                         :        Case No: 17-18398
                                         :
              *Debtor*                   :

## ORDER

AND NOW, upon the motion of debtor to SELL REAL ESTATE KNOWN AS 405 Fullerton Avenue, Whitehall, Pennsylvania Free and Clear of all Liens and Encumbrances Pursuant to 11 U.S.C. Section 363,

IT IS HEREBY ORDERED that the motion is granted and further that Debtor Diane Lofrumento be and is hereby authorized to execute any and all documents necessary to complete the sale of, and to sell 405 Fullerton Avenue, Whitehall, Pennsylvania Tax ID #640719529732-1, free and clear of liens, claims and encumbrances, for the sum of  One hundred seventy-two thousand dollars ($172,000.00), to Joseph J. Busolits, Jr. and Mary Ann Busolits, an unrelated third party, and/or assigns, or a substitute purchaser for the same or higher amount.

IT IS FURTHER ORDERED, that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

a.  Any out-of-pocket expenses advanced by or on behalf of Debtor and/or her realtor, Re/Max Unlimited Real Estate, or closing agent in connection with the sale of the Property, and which have not been reimbursed at the time of settlement; then to

b.  $181.00 to Michelle DeWald, Esquire in reimbursement of the filing fee

for filing this Motion to Sell Free and Clear of liens and encumbrances.

    c.  Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the Property; then to

    d.  Any transfer tax which is the responsibility of seller; then to

    e.  Realtor's Commissions to Re/Max Unlimited ($5,160.00), realtor for seller, and Weichert Realty ($5,160.00), realtor for purchaser, in accordance with applicable agreement and law; then to

    f.  Any real estate taxes or municipal liens; then to

    g.  Midfirst Bank, in accordance for the recorded first mortgage lien (estimated to be $157,000.00); then if any funds remain to

    h. Diane Lofrumento, Debtor, an estimated amount of $1,637.68.


BY THE COURT:

Date: August 22, 2019

_____

ASHELY M. CHAN
United States Bankruptcy Judge