UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :     CASE NO. 17-18398
DIANE LOFRUMENTO                    :
    Debtor                          :     CHAPTER 13

## PRAECIPE TO AMEND DEBTOR, DIANE LOFRUMENTO'S MAILING ADDRESS

TO THE CLERK:

Please amend the Petition to reflect the Debtor, Diane Lofrumento, mailing address as follows:

891 Henry Avenue
Langhorne, PA 19047

Respectfully Submitted,

BY:   s/Michelle DeWald
      Michelle DeWald, Esquire
      Attorney for Debtors
      44 E. Broad Street, ste 25
      Bethlehem, PA 18018
      (610) 419-4561