UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
DIANE V. LOFRUMENTO : Chapter 13
: Case No: 17-18398 amc
*Debtor* :

## CERTIFICATION OF NO OBJECTION

    I, Michelle DeWald, Esquire, attorney for Debtor, do hereby certify that I have received No Responsive Pleading, and have checked the docket and No Responsive Pleading has been filed to the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6).

Date:  March 6, 2020                                          s/Michelle DeWald
                                                                        Michelle DeWald, Esquire
                                                                        Attorney for Debtor