UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
DIANE V. LOFRUMENTO              :        Chapter 13
                                 :        Case No: 17-18398 amc
    *Debtor*                     :

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all parties and upon the Applicant's certification of no response.

It is hereby ORDERED that:

1. The Application is GRANTED.
2. Compensation is allowed in favor of the Applicant in the amount of $4,000.00.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. section 1326(b), 11 U.S.C. section 507, 11 U.S.C. section 503(b) and 11 U.S.C. section 330(a)(4)(B), the allowed compensation set forth in paragraph 2 less $1,000.00 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed plan.

Date: **March 10, 2020**

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE