| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-18398-PMM**

DIANE V  LOFRUMENTO
891 HENRY AVENUE
LANGHORNE  PA    19047

Petition Filed Date: 12/14/2017
341 Hearing Date: 01/30/2018
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $150.00 | 25131373165 | 03/02/2020 | $141.00 | 25131359755 | 03/12/2020 | $141.00 | 25131374706 |
| 04/07/2020 | $141.00 | 23811152387 | 05/06/2020 | $141.00 | 23519246962 | 06/11/2020 | $141.00 | 23811157181 |
| 07/13/2020 | $141.00 | 26526258180 | 08/10/2020 | $141.00 | 26262020621 | 09/09/2020 | $141.00 | 26526260417 |
| 10/06/2020 | $141.00 | 23811161578 | 11/10/2020 | $141.00 | 23811157596 | 12/08/2020 | $141.00 | 23811163558 |
| 01/20/2021 | $141.00 | 23811156988 | 02/09/2021 | $141.00 | 23811174000 | 03/10/2021 | $141.00 | 23811174450 |
| 04/13/2021 | $141.00 | 19224076271 | 05/10/2021 | $141.00 | 23811159936 | 06/08/2021 | $141.00 | 25884147791 |

**Total Receipts for the Period: $2,547.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,769.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | MOMA FUNDING LLC<br>»» 001 | Unsecured Creditors | $142.77 | $0.00 | $142.77 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $9,856.39 | $7,676.87 | $2,179.52 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $151.79 | $0.00 | $151.79 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $151.92 | $0.00 | $151.92 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $189.12 | $0.00 | $189.12 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $154.80 | $0.00 | $154.80 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $731.75 | $0.00 | $731.75 |
| 8 | SANTANDER BANK NA<br>»» 008 | Unsecured Creditors | $236.68 | $0.00 | $236.68 |
| 9 | MIDFIRST BANK<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | WHITEHALL TOWNSHIP<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-18398-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,769.00 | Current Monthly Payment: | $141.00 |
| Paid to Claims: | $10,676.87 | Arrearages: | ($160.00) |
| Paid to Trustee: | $965.23 | Total Plan Base: | $14,288.00 |
| Funds on Hand: | $126.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.