UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Diane Victoria Lofrumento    Case No.: 17-18398
                             Adversary No.: ___
         Debtor              Chapter: 13
                             Judge: Patricia M Mayer

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:
PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New Payment Address:
PO Box 847051
Boston, MA 02284-7051

Date: 11/06/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br> Diane Victoria Lofrumento <br><br> Debtor <br> _____/ | Chapter #13 <br> Case No. 17-18398 <br> Honorable Patricia M Mayer |

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on November 6, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 6th day of November 2021.

*Melissa A. Epler*
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Diane Victoria Lofrumento
405 Fullerton Ave
Whitehall, PA 18052

VIA ECF
Scott F Waterman
2901 Saint Lawrence Ave Ste 100
Reading, PA 19606

Michelle Dewald
mdewald@rcn.com