| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-18398-PMM

DIANE V  LOFRUMENTO  
891 HENRY AVENUE  
LANGHORNE  PA    19047

Petition Filed Date: 12/14/2017  
341 Hearing Date: 01/30/2018  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $141.00 | 19224076271 | 05/10/2021 | $141.00 | 23811159936 | 06/08/2021 | $141.00 | 25884147791 |
| 07/09/2021 | $141.00 | 26103630047 | 08/10/2021 | $141.00 | 27498523702 | 09/10/2021 | $141.00 | 26103632411 |
| 10/12/2021 | $141.00 | 27661617281 | 11/16/2021 | $141.00 | 26103641117 | 12/09/2021 | $141.00 | 26103642142 |
| 01/11/2022 | $141.00 | 26103645066 | 02/11/2022 | $141.00 | 27105967260 | 03/08/2022 | $141.00 | 26103647035 |
| 04/08/2022 | $141.00 | 27865103207 | 05/11/2022 | $141.00 | 27105971354 | 06/08/2022 | $141.00 | 27105965695 |
| 07/12/2022 | $141.00 | 22919594815 | | | | | | |

**Total Receipts for the Period:  $2,256.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,602.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHELLE DE WALD ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | MOMA FUNDING LLC<br>»» 001 | Unsecured Creditors | $142.77 | $0.00 | $142.77 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $9,856.39 | $9,481.67 | $374.72 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $151.79 | $0.00 | $151.79 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $151.92 | $0.00 | $151.92 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $189.12 | $0.00 | $189.12 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $154.80 | $0.00 | $154.80 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $731.75 | $0.00 | $731.75 |
| 8 | SANTANDER BANK NA<br>»» 008 | Unsecured Creditors | $236.68 | $0.00 | $236.68 |
| 9 | MIDFIRST BANK<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | WHITEHALL TOWNSHIP<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-18398-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,602.00 | Current Monthly Payment: | $141.00 |
| Paid to Claims: | $12,481.67 | Arrearages: | ($19.00) |
| Paid to Trustee: | $1,120.33 | Total Plan Base: | $14,288.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.