Certificate Number: 05781-PAE-DE-037078768

Bankruptcy Case Number: 17-18398



05781-PAE-DE-037078768

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2023, at 9:10 o'clock AM PST, Diane Lofrumento completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 3, 2023

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President