United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-18398-pmm

Diane V. Lofrumento     Chapter 13

Diane Lofrumento

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Jan 04, 2023     Form ID: 138OBJ     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Lofrumento, MAILING ADDRESS, 891 Henry Avenue, Langhorne, PA 19047-2610 |
| db | #+ | Diane V. Lofrumento, 405 Fullerton Avenue, Whitehall, PA 18052-6813 |
| 14481291 | + | Michelle DeWald, 44 E. Broad Street, Bethlehem, PA 18018-5947 |
| 14038111 | + | Midland Mortgage, c/o Matteo S. Weiner, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14028039 | + | Patrick J. Wesner, Esquire, Milstead & Associates, LLC, ste 301, 220 Lake Drive East, Cherry Hill, NJ 08002-1165 |
| 14648594 | | Santander Bank, N.A., PO Box 847051, Boston MA 02284-7051 |
| 14118268 | + | Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 05 2023 00:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 05 2023 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14028036 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2023 00:14:16 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14028037 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2023 00:10:00 | Comenity/HSN, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14059410 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 05 2023 00:14:16 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14028038 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 05 2023 00:14:22 | Midfirst Bank, suite 100, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14037649 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2023 00:14:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14029785 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2023 00:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14028041 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2023 00:14:16 | SYNCB/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14044799 | + | Email/Text: DeftBkr@santander.us | Jan 05 2023 00:10:00 | Santander Bank, N.A., 601 Penn Street, MC 10-6438-FB7, Reading, PA 19601-3563 |
| 14028040 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2023 00:10:00 | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14029097 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2023 00:14:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: 138OBJ | Total Noticed: 20 |

| 14028042 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | 23541-1021 | |
| | | Jan 05 2023 00:14:22 | Wells Fargo Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MICHELLE DEWALD | on behalf of Debtor Diane V. Lofrumento mdewald@rcn.com |
| MICHELLE DEWALD | on behalf of Debtor Diane Lofrumento mdewald@rcn.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Diane V. Lofrumento and Diane Lofrumento

       Debtor(s)                                                          Case No: 17−18398−pmm

                                                                                    Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                      United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                    201 Penn Street, 1st Floor
                        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/4/23